# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 302 |
| | : | |
| APPOINTMENT TO THE DISCIPLINARY | : | DISCIPLINARY BOARD APPOINTMENT |
| BOARD OF PENNSYLVANIA | : | DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of September, 2018, Christopher M. Miller, Esquire, Allegheny County, is hereby appointed as a member of the Disciplinary Board of Pennsylvania for a term expiring September 1, 2021.